**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| **KEITH HATHAWAY, individually, and as the personal representative of the estate of LESA HATHAWAY,** | : |
| 6 Park Place | : |
| Glynn Oak, MD 21207 | : |
| and | : |
| | : |
| **SANDREEN ALICIA MINTO** | : |
| 4621 Refugee Rd. | : |
| Columbus, OH 43232 | : |
| | : |
| And | : |
| | : |
| **To the use of RANSTON SALMON** | : |
| Address Unknown | : |
| and | : |
| | : |
| **To the use of IVET REID** | : |
| Address Unknown | : |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : Case No. _____ |
| | : |
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Serve:** | : |
| | : |
| Attorney General of the United States | : |
| Main Justice Building | : |
| 10th & Constitution Ave., NW | : |
| Washington, DC 20530 | : |
| | : |
| U.S. Attorney for the District of Maryland | : |
| 36 S. Charles St. 4th Fl. | : |
| Baltimore, MD 21201 | : |
| | : |
| Department of the Navy | : |
| Attn: Tort Claims Unit Norfolk | : |
| 9620 Maryland Ave. Suite 205 | : |
| Norfolk, VA 23511 | : |
| | : |
| Defendant. | : |

## COMPLAINT

### (Medical Negligence/Wrongful Death: Federal Tort Claims Act)

1. The plaintiffs bring this action for all damages allowable by law for the personal injuries and wrongful death of Lesa Hathaway, caused by the employees of the United States of America, pursuant to the Federal Tort Claims Act 28 U.S.C. § 1346(b).

2. The plaintiffs are Keith Hathaway, suing individually as the surviving husband and personal representative of the estate of Lesa Hathaway, and Sandreen Alicia Minto, suing individually as the surviving daughter of Lesa Hathaway. Keith Hathaway lives at 6 Park Place., Glynn Oak, MD 21207. Sandreen Minto lives at 4621 Refugee Rd., Columbus, OH 43232

3. The decedent's father – Ralston Salmon – and the decedent's mother – Ivet Reid – are also named as "to the use of" plaintiffs pursuant to Md. Rule 15- 1001(b). Despite a reasonably diligent search, plaintiffs have been unable to locate the use plaintiffs, who upon information and belief are not U.S. citizens and currently reside in Jamaica.

4. The United States of America is sued for the negligence of its agents and employees, specifically the physicians and nursing staff working at Walter Reed National Military Medical Center, 4494 North Palmer Road, Bethesda, MD 20889.

5. An administrative claim was presented more than six months before the filing of this Complaint with the Department of the Navy. As part of that claim presentation, plaintiffs provided the Department of the Navy with a detailed description of their claims, as well as written reports of expert witnesses in the fields of internal medicine and economics.

6. The parties have tentatively agreed upon a settlement, and this lawsuit is filed for the purpose of obtaining Court approval of the settlement.

7. This Court has jurisdiction over this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

8. Lesa Hathaway was born on July 23, 1981. Mrs. Hathaway was a wife and mother who was attending community college and working as a Senior Residential Counselor at Catholic Charities until her death on December 12, 2015, at the young age of 34.

9. Mrs. Hathaway is survived by her husband, Keith Hathaway, her 21-year-old daughter, Sandreen Minto, and her parents Ralston Salmon and Ivet Reid.

10. Mrs. Hathaway was admitted to Walter Reed National Military Medical Center on November 25, 2015.  During her hospital stay, it was determined that a kidney biopsy should be performed to evaluate for possible nephritis (kidney inflammation).

11. On December 9, 2015, physicians at Walter Reed performed the biopsy of Mrs. Hathaway's left kidney.

12. A post-biopsy ultrasound revealed a hematoma adjacent to Mrs. Hathaway's left kidney, near the site of the biopsy. Such post-operative bleeding is a common complication of most surgeries and can be managed safely through monitoring and proper care.

13. On the morning of December 12, 2015, Mrs. Hathaway's blood tests revealed that her hemoglobin was 9.3 and her hematocrit was 30.2., which meant that Mrs. Hathaway was anemic - a sign of a potential bleed.

14. At approximately 3:42 p.m. on December 12, Mrs. Hathaway reported "9/10" left flank pain and that she unable to get comfortable while lying flat, both of which are consistent with bleeding near or around the left kidney.  Her blood pressure at this time was elevated - 160/110.

15. At approximately 7:30 p.m. on December 12, Mrs. Hathaway was still complaining of left flank pain that worsened when she was lying flat. She also complained of lightheadedness and reported that she felt like she might pass out.

16. An x-ray was finally performed and revealed large bilateral pleural effusions (fluid in both lungs) and a non-specific gas pattern with a paucity of gas in the left abdomen. The radiologist who interpreted the x-ray wrote in his report: **"If there is concern for a left abdominal mass or hematoma, CT can be performed for further evaluation."**

17. Mrs. Hathaway's symptoms on December 12 were caused by ongoing internal bleeding from site of the biopsy performed on Mrs. Hathaway's left kidney.

18. At approximately 9:47 p.m., the nursing staff noticed that Mrs. Hathaway was having difficulty breathing and documented agonal respirations, meaning that Mrs. Hathaway was gasping for air, and called a rapid response team. At around this time, a general surgery consult and abdominal CT scan were ordered.

19. At approximately 9:50 p.m., before the surgical consult was obtained or CT scan was performed, Mrs. Hathaway stopped breathing, became unresponsive, and her heart stopped. A Code Blue was called and resuscitative measures were initiated, but to no avail.

20. Mrs. Hathaway was pronounced dead at 11:33 p.m. on December 12, 2015.

21. An autopsy performed on Mrs. Hathaway revealed a large hematoma surrounding the left kidney and two liters of blood in her abdominal cavity. The autopsy concluded that Mrs. Hathaway had bled to death.

22. Plaintiffs allege that the physicians and nursing staff at Walter Reed National Military Medical Center were negligent and violated the standard of care by generally failing to

properly assess and investigate Mrs. Hathaway's symptoms and by failing to recognize and treat Mrs. Hathaway's left kidney bleed.

23. Plaintiffs allege that Lesa Hathaway suffered and died as a direct and proximate result of the negligence of the defendant's agents and employees.

24. Plaintiffs make a claim for all damages recoverable under Md. Code Ann., Cts. & Jud. Proc., § 3-904.

25. As a direct and proximate result of the defendant's negligence, and the resulting death of Lesa Hathaway, Keith Hathaway has been deprived of the services, earnings, income, society, companionship, comfort, protection, marital care, attention, advice, counsel, training, guidance and education of his deceased wife. He has also suffered mental anguish as well as emotional pain and suffering as a result of her death.

26. As a direct and proximate result of the defendant's negligence, and the resulting death of Lesa Hathaway, Sandreen Minto has been deprived of the services and financial support she would have received from her mother if she had survived. She has also been deprived of her society, companionship, comfort, protection, parental care, attention, advice, counsel, training, guidance and education, and has suffered mental anguish as well as emotional pain and suffering as a result of her mother's death.

27. Plaintiffs request that this Court approve the settlement reached by the parties.

28. In the alternative, should this settlement not be approved or should the case not settle, plaintiffs demand judgment in the amount of $5,000,000.

Respectfully submitted,

**PATRICK MALONE & ASSOCIATES, P.C.**

__/s/Patrick A. Malone_____
Patrick A. Malone, Esq.

                 */s/Alfred A. Clarke*
Alfred A. Clarke, Esq.
1310 L Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 742-1500
Facsimile: (202) 742-1515
pmalone@patrickmalonelaw.com
aclarke@patrickmalonelaw.com
*Counsel for the Plaintiffs*